The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANNER OWENS, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>KING COUNTY, PATTI COLE-TINDALL, and JESSE ANDERSON, in their individual and official capacity,<br><br>        Defendants. | No. 2:24-CV-00453-TL<br><br>STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND INITIAL CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>May 31, 2024 |

## STIPULATED MOTION

The parties jointly move this court to reschedule deadlines for the Fed R. Civ. P. ("FRCP") 26(f) Conference, Initial Disclosures, and Joint Status Report.

On April 4, 2024, Plaintiff Tanner Owens filed a complaint against Defendants King County, Patti Cole-Tindall, and Jesse Anderson raising federal and state claims. Dkt. 1. On April 25, 2024, Defendants King County, Patti Cole-Tindall, and Jesse Anderson ("King County Defendants"), filed a Partial Motion to Dismiss under FRCP 12(b)(1) due to Plaintiff's failure to comply with the statutory tort claim filing requirements. Dkt. 8. The parties conferred and came to an agreement that Plaintiff may amend his complaint to remove the state law claims, and that Defendants will wait to file their answer to an amended complaint until after Plaintiff has satisfied the tort claim

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO EXTEND INITIAL CASE DEADLINES - 1
No. 2:24-CV-00453-TL

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

filing requirements. Dkt. 15. Defendants filed an amended complaint and withdrew their motion to dismiss on May 9, 2024. Dkt. 17. On May 29, 2024, plaintiff filed a tort claim with King County. The parties agree that 60-day tort claim waiting period expires on July 28, 2024.

On May 2, 2024, the Court issued an Order with deadlines for the FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report. Dkt. 14.

The parties have conferred and are in agreement to postpone discovery, including the FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report until a date after Plaintiff has satisfied the tort claim filing requirements and Defendants have filed an answer to the amended complaint.

Therefore, the parties seek an Order extending the start of discovery and continuing the FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report to the following:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 5/30/2024 | 8/29/24 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 6/13/2024 | 9/12/24 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 6/27/2024 | 9/26/24 |

STIPULATED this 31st day of May, 2024.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: *s/ Jennifer Petersen*
JENNIFER PETERSEN, WSBA #35397
Senior Deputy Prosecuting Attorney
701 5th Avenue, Suite 600
Seattle, WA 98104
Tel: (206) 477-1120 / Fax: (206) 296-0191
jennifer.petersen@kingcounty.gov
*Attorney for King County Defendants*

THENELL LAW GROUP, P.C.

By: *s/ Daniel E. Thenell*
DANIEL E. THENELL, WSBA #37297
6 Centerpointe Drive, Suite 450
Lake Oswego, OR 97035
Tel: (503) 372-6450 / Fax: (503) 372-6496
dan@thenelllawgroup.com
*Attorney for Plaintiff*

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO EXTEND INITIAL CASE DEADLINES - 2
No. 2:24-CV-00453-TL

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

## ORDER

THIS MATTER having come before the Court upon the parties' stipulation and request for a continuance of initial case deadlines; it is hereby:

ORDERED that discovery be postponed and the initial case deadlines be changed as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 5/30/2024 | 8/29/24 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 6/13/2024 | 9/12/24 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 6/27/2024 | 9/26/24 |

ORDERED this 31st day of May, 2024.

Tana Lin
United States District Judge

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO EXTEND INITIAL CASE DEADLINES - 3
No. 2:24-CV-00453-TL

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191