THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANNER OWENS, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>KING COUNTY, PATTI COLE-TINDALL, and JESSE ANDERSON, in their individual and official capacity,<br><br>          Defendants. | No. 2:24-CV-00453-TL<br><br>STIPULATED MOTION TO CONTINUE INITIAL CASE DEADLINES AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR: AUGUST 28, 2024 |

## **STIPULATED MOTION**

Plaintiff Tanner Owens and Defendants King County, Patti Cole-Tindall, and Jesse Anderson ("the Parties") jointly move this Court to vacate the current deadlines for the Fed R. Civ. P. 26(f) Conference, Initial Disclosures, and Joint Status Report and continue them to a date after the Court rules on Defendants' pending Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint in Part ("the Motion"). To wit:

WHEREAS, the Parties previously agreed to request the Court to continue initial case deadlines to allow time for compliance with RCW 4.96.010, Dkt. 18, and the Court granted that motion and set the current initial case deadlines, Dkt. 19;

---

STIPULATED MOTION TO CONTINUE INITIAL
CASE DEADLINES … - 1
No. 2:24-CV-00453-TL

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

WHEREAS, the current Fed. R. Civ. P. 26(f) conference deadline is August 29, 2024; the current deadline for initial disclosures is September 12, 2024; and the current Joint Status Report and Discovery Plan deadline is September 26, 2024;

WHEREAS, after meeting and conferring with Plaintiff's counsel on August 13 and 15, Defendants filed the pending Motion under Rule 12(b)(6) on August 19 to dismiss certain claims and theories of liability presented in the Second Amended Complaint, Dkt. 23;

WHEREAS, the Motion presents the potential to limit the scope of the case by dismissing some or most claims and Defendants, and could result in having the case remanded to state court;

WHEREAS, the Parties stipulate and agree that continuing deadlines for the Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and Joint Status Report until after the Motion is decided would allow the Parties to better discern the scope of the case and confer more efficiently, conserving the resources and time of both themselves and the Court;

THEREFORE, the parties stipulate to seek an Order continuing the Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and Joint Status Report deadlines, to be reset after the Court has ruled upon the pending Motion.

STIPULATED this 28th day of August, 2024.

| | |
|---|---|
| LEESA MANION (she/her)<br>King County Prosecuting Attorney | THENELL LAW GROUP, P.C. |
| By: *s/ Per Jansen*<br>JENNIFER PETERSEN, WSBA #35397<br>PER JANSEN, WSBA #49966<br>Senior Deputy Prosecuting Attorneys<br>701 5th Avenue, Suite 600<br>Seattle, WA 98104<br>Tel: (206) 477-1120 / Fax: (206) 296-0191<br>jennifer.petersen@kingcounty.gov<br>pjansen@kingcounty.gov<br>*Attorneys for King County Defendants* | By: *s/ Daniel E. Thenell*<br>DANIEL E. THENELL, WSBA #37297<br>6 Centerpointe Drive, Suite 450<br>Lake Oswego, OR 97035<br>Tel: (503) 372-6450 / Fax: (503) 372-6496<br>dan@thenelllawgroup.com<br>*Attorney for Plaintiff* |

STIPULATED MOTION TO CONTINUE INITIAL
CASE DEADLINES … - 2
No. 2:24-CV-00453-TL

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

## [PROPOSED] ORDER

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Continue Initial Case Deadlines, good cause shown,

It is hereby ORDERED that:

1. The Stipulated Motion is GRANTED.

2. The current deadlines for the Parties' Fed. R. Civ. P. 26(f) Conference, Initial Disclosures Under Fed. R. Civ. P. 26(a)(1), and Joint Status Report and Discovery Plan are VACATED.

3. Upon ruling on Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint in Part, the Court will issue new initial case deadlines.

ORDERED this 28th day of August, 2024.

Tana Lin
United States District Judge

STIPULATED MOTION TO CONTINUE INITIAL
CASE DEADLINES … - 3
No. 2:24-CV-00453-TL

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191