UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANNER OWENS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, PATTI COLE-TINDALL, and JESSE ANDERSON in their individual and official capacity,<br><br>Defendants. | CASE NO. 2:24-cv-00453-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

In light of the Court's recent Order (Dkt. No. 28) and Plaintiff's deadline of January 6, 2025, to file a Third Amended Complaint, the Parties are ORDERED to meet and confer and submit a joint status report regarding how they wish to proceed regarding the initial case deadlines. The report SHALL be submitted **by January 13, 2025**.

Dated this 6th day of December 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1