UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANNER OWENS, an individual,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>KING COUNTY, PATTI COLE-TINDALL, and JESSE ANDERSON in their individual and official capacity,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00453-TL<br><br>ORDER OF DISMISSAL |

　　　　This matter is before the Court on the Parties' Joint Status Report ("JSR"). Dkt. No. 31. On December 4, 2024, the Court dismissed all but one of the claims in Plaintiff's Second Amended Complaint with leave to amend most of the claims. Dkt. No. 28. In the JSR, the Parties report that they "have agreed that Plaintiff will not file a Third Amended Complaint." Dkt. No. 31 at 1. Thus, the only remaining claim in this matter is a state law claim of race discrimination under the Washington Law Against Discrimination. *See* Dkt. No. 21 ¶¶ 56–57. All federal claims have been dismissed.

ORDER OF DISMISSAL - 1

"When a district court 'has dismissed all claims over which it has original jurisdiction,' it 'may decline to exercise supplemental jurisdiction' over remaining state law claims." *Pell v. Nuñez*, 90 F.4th 1128, 1135 (9th Cir. 2024) (quoting 28 U.S.C. § 1367(c)(3)). Although the Parties "stipulate their approval of" the Court retaining the case (Dkt. No. 31 at 1), the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claim.

Accordingly, this matter is DISMISSED WITHOUT PREJUDICE.[1]

Dated this 7th day of January 2025.

Tana Lin
United States District Judge

---

[1] The Parties refer to the Court's "discretion to remand the case" (Dkt. No. 31 at 1), but the case cannot be remanded because it was not removed from state court. *See generally* 28 U.S.C. § 1447.